UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW LEVI FAISON,

    Plaintiff,

v.                                          Case No. 3:18cv2181-LC-CJK

JOHNNY FORD, et al.,

    Defendants.
_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 24, 2018 (doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is **DENIED**.

3.      This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

4.      The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of November, 2018.

                s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**